AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

SOUTHERN _____ DISTRICT OF _____ CALIFORNIA

FILED
APR -
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA
V.

Carlos Armando Vidal-Rodriguez

WAIVER OF INDICTMENT

CASE NUMBER: 08CR0965-H

I, Carlos Vidal Rodriguez, the above named defendant, who is accused of

Title 8 U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  4/1/08  prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

X Carlos Vidal
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer