FILED
MAY 20 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     v.                       )<br>                              )<br>CARLOS ARMANDO VIDAL-RODRIGUEZ, )<br>                              )<br>          Defendant.          )<br>_____) | Criminal Case  08CR0965H<br><br>I N F O R M A T I O N<br>(Superseding)<br>Title 18, U.S.C., Sec. 1001 -<br>False Statement to a Federal<br>Officer |

The United States Attorney charges:

On or about March 2, 2008, within the Southern District of California, defendant CARLOS ARMANDO VIDAL-RODRIGUEZ, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a United States Border Patrol Agent that was a United States citizen which defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: 5/20/08.

KAREN P. HEWITT
United States Attorney

/s/ Carla J. Bressler
CARLA J. BRESSLER
Assistant U.S. Attorney