1  Marc X. Carlos
   BARDSLEY & CARLOS, LLP
2  California SBN 132987
   424 "F" Street, Suite A
3  San Diego, CA  92101
   Telephone: (619) 702-3226
4  Facsimile:   (619) 702-5415

5  Attorneys for Defendant
   CARLOS ARMANDO VIDAL-RODRIGUEZ
6

7                     **UNITED STATES DISTRICT COURT**

8                    **SOUTHERN DISTRICT OF CALIFORNIA**

9                      **(HONORABLE MARILYN L. HUFF)**

10 | UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0965-H |
|---|---|---|
| Plaintiff, | ) ) ) | **JOINT MOTION FOR CONTINUANCE OF SENTENCING HEARING** |
| v. | ) ) | |
| CARLOS ARMANDO VIDAL-RODRIGUEZ, | ) ) ) | |
| Defendant. | ) ) | |

17     IT IS HEREBY STIPULATED AND AGREED between the plaintiff, UNITED STATES

18 OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Carla J.

19 Bresseler, Assistant United States Attorney, and defendant CARLOS ARMANDO VIDAL-

20 RODRIGUEZ, by and through his counsel, Marc X. Carlos, that the sentencing hearing for the

21 above-named defendant currently scheduled for August 25, 2008 at 9:00 a.m. be continued to

22 September 15, 2008 at 9:00 a.m.

23     The continuance is requested because counsel will be out of the state from August 21, 2008

24 through August 29, 2008, counsel hereby request and needs additional time to completely prepare

25 for sentencing.  Assistant United States Attorney Carla J. Bressler has been notified of instant request

26 and does not object.

27

28

1  IT IS SO STIPULATED AND AGREED.

2

3

Date:  07/31/2008                                    S/Marc X. Carlos
4                                                              MARC X. CARLOS
                                                                 Attorney for
5                                                              Carlos Armando Vidal-rodriguez

6

7  Date:  07/31/2008                                    S/Carla J. Bresseler
                                                                 CARLA J. BRESSLER
8                                                              Assistant U.S. Attorney

- 2 -                                                                     08CR0965-H