1

**CERTIFICATE OF SERVICE**

2

**U.S. v. Carlos Armando Vidal-Rodriguez**
**Case No. 08CR0965-H**

3

4      Counsel for Defendant Carlos Armando Vidal-Rodriguez hereby certifies that on this date

5 copies of Defendant's Joint Motion for Continuance of Sentencing Hearing were served

6 electronically upon the following attorneys:

7

       AUSA, Carla J. Bresseler

8

9      I declare under penalty of perjury under the laws of the State of California that the foregoing

10 is true and correct.

11

Executed on July 31, 2008, at San Diego, California.

12

13

                                        s/ Marc X. Carlos
14                                       Marc X. Carlos

15

16

17

18

19

20

21

22

23

24

25

26

27

28