UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE MARILYN L. HUFF)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 08 CR 965-H |
| Plaintiff, | ) ) | ORDER TO CONTINUE SENTENCING |
| v. | ) ) | |
| CARLOS ARMANDO VIDAL-RODRIGUEZ, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

GOOD CAUSE APPEARING, it is hereby ordered sentencing in the above-captioned case be continued to **September 15, 2008, at 9:00 a.m.** The Court finds that the time is excludable under the Speedy Trial Act. The Defendant is currently in custody.

SO ORDERED:

Date:   August 7, 2008

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT